RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICHARD F. BOULWARE
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Vinson Kellow

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINSON KELLOW,<br>LANCE KELLOW<br><br>Defendants. | 2:10-CR-287-KJD-VCF<br><br>**DEFENDANT VINSON KELLOW'S WAIVER OF APPEARANCE FOR ARRAIGNMENT ON SUPERSEDING INDICTMENT** |

Pursuant to Rule 10 of the Federal Rules of Criminal Procedure, Defendant VINSON KELLOW submits for the Court's acceptance this Waiver of Appearance for his arraignment scheduled for November 4, 2011 at 3:00 p.m. on the superseding indictment ("Superseding Indictment") filed on October 26, 2011.

Defendant Vinson Kellow, having received and reviewed a copy of the Superseding Indictment, voluntarily waives his right to be physically present at the arraignment on November 4, 2011 and asks the Court to accept his plea of **not guilty** to the Superseding Indictment.

Defendant Vinson Kellow understands and waives his right to be physically present in Courtroom 3D before the Honorable Cam Ferenbach in the Lloyd D. George United States Courthouse located at 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

Defendant Vinson Kellow agrees that he will appear telephonically at the arraignment scheduled for November 4, 2011 at 3:00 p.m. (Pacific Standard Time) in Courtroom 3D before the

Honorable Cam Ferenbach to affirm this waiver and enter his plea of not guilty telephonically before the Court.

DATED: November 3, 2011.

**VINSON KELLOW**
Defendant

**RICHARD F. BOULWARE**
Assistant Federal Public Defender
Attorney For Vinson Kellow

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___ 11-3-11 _____