UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )
                                 )
    v.                           )     2:10-CR-287-KJD (VCF)
                                 )
VINSON KELLOW,                   )
                                 )
           Defendant.            )

## PRELIMINARY ORDER OF FORFEITURE

On January 3, 2012, defendant VINSON KELLOW pled guilty to Count Five of the Six- Count Second Superseding Criminal Indictment charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Second Superseding Criminal Indictment and the Plea Agreement. Docket #92.

This Court finds that VINSON KELLOW shall pay a criminal forfeiture money judgment of $189,462.10 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from VINSON KELLOW a criminal forfeiture money judgment in the amount of $189,462.10 in United States Currency.

DATED this 3rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE