# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
v. )   2:10-CR-287-GMN-(VCF)
)
JASON KELLOW, )
)
         Defendant. )

## ORDER OF FORFEITURE

This Court found on August 9, 2010, that JASON KELLOW shall pay a criminal forfeiture money judgment of $731,374.07 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 34; Plea Memorandum, ECF No. 35; Order of Forfeiture, ECF No. 37.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JASON KELLOW a criminal forfeiture money judgment in the amount of $731,374.07 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

**DATED** this 2nd day of April, 2013.

_____
Gloria M. Navarro
United States District Judge