GORDON SILVER
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Email: mcristalli@gordonsilver.com
EUNICE MORGAN BEATTIE
Nevada Bar No. 10382
Email: ebeattie@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Lance Kellow

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE KELLOW,<br><br>Defendant. | CASE NO. 2:10-CR-00287-GMN-VCF<br><br>**EMERGENCY MOTION REQUESTING TRIAL TRANSCRIPTS BE TRANSCRIBED AT GOVERNMENT'S EXPENSE**<br><br>**AND ORDER** |

COMES NOW defendant Lance Kellow, ("Mr. Kellow") by and through counsel, Michael V. Cristalli, Esq., and Eunice M. Beattie, Esq., of Gordon Silver, and hereby moves the Court to grant Mr. Kellow's Emergency Motion Requesting Trial Transcripts be Transcribed at the Government's Expense and approve Mr. Kellow's CJA 24 form, requesting and authorizing transcripts.

Dated this 21st day of August, 2013.

GORDON SILVER

/s/MICHAEL V. CRISTALLI
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
EUNICE MORGAN BEATTIE
Nevada Bar No. 10382
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Lance Kellow

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104275-001/2024599

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF RELEVANT FACTS

On July 12, 2013, Mr. Kellow retained the services of the undersigned counsel. Since counsel was not the trial attorney and has been retained to represent him regarding sentencing, and appeal, counsel needs to review the transcripts from the trial in this matter prior to Mr. Kellow's sentencing and for the purpose of preparing the appeal.

That on August 6, 2013, the undersigned counsel submitted a request for transcripts. *See* Transcript Request Form, attached as Exhibit 1. However, counsel was advised that the transcripts are in excess of $12,605.15 for an expedited seven (7) days turn-around, and $9,000.00 dollars for a thirty (30) day turn-around. *See* Email from court reporter dated August 12, 2013, attached as Exhibit 2.

Mr. Kellow has exhausted all his financial resources. It was only though family assistance that Mr. Kellow was able to retain the services of the undersigned counsel and as such, counsel respectfully request that payment of the transcripts be incurred at the Government's expense.

Counsel has asked that this matter be decided on an emergency basis. This Court has scheduled Mr. Kellow's sentencing for October 18, 2013, and should the Court grant Defendant's motion on a 30 day turn-around, this will barely afford counsel sufficient time to review all transcripts and prepare any additional documents need for sentencing. Additionally, counsel has attached a proposed CJA 24 Authorization and Voucher for Payment of Transcript form, should this Court grant Defendant's motion. *See* Exhibit 3.

///
///
///
///
///
///

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104275-001/2024599

2

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## CONCLUSION

For all the reason stated above, Mr. Kellow respectfully prays that this Honorable Court grant said emergency motion requesting trial transcripts be transcribed at the government's expense and approve Mr. Kellow's CJA 24 form, requesting and authorizing transcripts.

DATED this 21st day of August, 2013.

GORDON SILVER

/s/MICHAEL V. CRISTALLI
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
EUNICE MORGAN BEATTIE
Nevada Bar No. 10382
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Lance Kellow

## ORDER

The Court having read the Emergency Motion Requesting Trial Transcripts Be Transcribed at Government's Expense (ECF No. 243) filed by Defendant Lance Kellow on August 21, 2013, is hereby **GRANTED** in part and **DENIED** in part, as follows:

**IT IS HEREBY ORDERED** that Defendant Lance Kellow's Emergency Motion Requesting Trial Transcripts Be Transcribed at Government's Expense (ECF No. 243) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's request for an expedited delivery time is **DENIED.**

**IT IS FURTHER ORDERED** that the trial transcripts relating to the Defendant shall be transcribed in the **ORDINARY** delivery course, to be delivered within thirty (30) calendar days after receipt of the order for the same.

**IT IS FURTHER ORDERED** that the trial transcripts shall be prepared at the expense of the United States pursuant to the Criminal Justice Act.

**DATED** this 11th day of September, 2013.

Gloria M. Navarro
United States District Judge

104275-001/2024599

3

# EXHIBIT 1

EXHIBIT 1

| | | | |
|---|---|---|---|
| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
| Please Read Instructions: | TRANSCRIPT ORDER | | DUE DATE: |

| 1. NAME Michael V. Cristalli, Esq. | 2. PHONE NUMBER 796-5555 | 3. DATE 8/6/13 |
|---|---|---|
| 4. MAILING ADDRESS 3960 Howard Hughes Pkwy #9thFl | 5. CITY LV | 6. STATE NV  7. ZIP CODE 89778 |
| 8. CASE NUMBER 2:10-CR-00287  9. JUDGE Gloria Navarro | DATES OF PROCEEDINGS 10. FROM 2/11/13 | 11. TO |
| 12. CASE NAME USA v. Kellow et al. | LOCATION OF PROCEEDINGS 13. CITY LV | 14. STATE NV |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | 2/11/13 DKT 160 | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | 2/15/13, 2/19/13 |
| [x] SENTENCING | 3/29/13 4/26/13 | | 2/20/13, 2/21/13 |
| [ ] BAIL HEARING | | 2/22/13, 2/25/13 | 2/26/13, 3/1/13 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES / | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

18. SIGNATURE [signature]

19. DATE 8/6/13

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

# EXHIBIT 2

EXHIBIT 2

# Myra L. Hyde

**From:** Henry_Enriquez@nvd.uscourts.gov
**Sent:** Monday, August 12, 2013 2:36 PM
**To:** Myra L. Hyde
**Subject:** re: 2:10-cr-287 US v Kellow
**Attachments:** pic21538.gif

(Embedded image moved to file: pic21538.gif)

We received your transcript order for the above hearing. The estimated cost for a Expedited 7 dayorder transcript would be $12,605.15. The transcription will be done by Exceptional Reporting Services. Please make your check payable to Exceptional Reporting Services. Please attach a copy of the transcript order form to the check. You can either mail it in or come to the courthouse. If you need to mail it, the address is:

US District Court

Attn: ECRO Dept.

333 Las Vegas BLVD

Las Vegas, NV 89101

Alternately, you can call Exceptional Reporting Services at 361-949-2988 and give them a credit card payment over the phone. Then they will contact us with your payment information and we will release the recording to them to be transcribed.

The breakdown is as follows:

2/11/13- 287 minutes

2/15/13- Not available

2/19/13- 311 minutes

2/20/13- 368 minutes

2/21/13- 360 minutes

2/22/13- 360 minutes

2/25/13- 282 minutes

1

2/26/13- 464 minutes

3/1/13- 13 minutes

3/29/13- 118 minutes

4/26/13- 48 minutes

Total= 2599 minutes

Please contact me at 702-464-5567 if you have any further questions.

Sincerely,

Henry Enriquez

Henry Enriquez
U.S. District Court
District of Nevada
702-464-5567
702-464-5410 (fax)

# EXHIBIT 3

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| ♦CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08) | | | | |
| 1. CIR./DIST./DIV. CODE<br>District of Nevada | 2. PERSON REPRESENTED<br>Lance Kellow | | VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:10-CR-00287-GMN-VCF | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v. Lance Kellow, et al. | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☐ Appellant<br>☑ Juvenile Defendant ☐ Appellee<br>☐ Other _____ | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>CC | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 U.S.C. section 1349 - Conspiracy to Commit Bank Fraud

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Sentencing of Lance Kellow and possible Appeal to the Ninth Circuit

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
All Trial Transcript and the Sentencing Transcripts for both co-defendants.

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with *(Give case name and defendant)*

B. ☑ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☑ Prosecution Opening Statement ☑ Prosecution Argument ☑ Prosecution Rebuttal
☑ Defense Opening Statement ☑ Defense Argument ☑ Voir Dire ☑ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_____ 08/07/2013
Signature of Attorney        Date

Michael V. Cristalli
Printed Name
Telephone Number: _____
☐ Panel Attorney ☑ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____ _____
Date of Order   Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |

**TOTAL AMOUNT CLAIMED:** _____

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____ Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

_____ _____
Signature of Attorney or Clerk   Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____ _____<br>Signature of Judge or Clerk of Court    Date | |