2013 SEP 25 A 7:43

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A.  Plaintiff, | District No.  2:10-cr-00287-GMN-VCF |
| vs. | |
| Lance Kellow | |
| Defendant. | |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On August 23rd, 2013 this court received a transcript order form dated August 23rd, 2013 requesting a Transcript of Jury Trial Day 1 held on February 11, 2013 from Michael V. Cristalli, Counsel for the Defendant Lance Kellow, , in which **the Voir Dire is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed recording of the hearing shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 24 day of September, 2013.

Gloria M. Navarro
United States Judge